## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

JOANNE F. MAHONSKI, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF FRANCIS J. MAHONSKI, BERNICE WINDER, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF WALTER J. WINDER, DIANE K. MASTERS, ADMINISTRATRIX OF THE ESTATE OF ROBERT C. MAHONSKI AND EXECUTRIX OF THE ESTATE OF ELEANOR B. MAHONSKI, LEONA A. KLEMENTOVICH, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF LEO A. KLEMENTOVICH, AND LEO F. KLEMENTOVICH,

        Petitioners

        v.

CAROLINE M. ENGEL, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF HOWARD A. ENGEL; JOSEPH L. RIDER, INDIVIDUALLY, TRADING AND DOING BUSINESS AS LAW OFFICES OF JOSEPH L. RIDER, AND AS TRUSTEE AD LITEM FOR LAW OFFICES OF JOSEPH L. RIDER; PAUL A. ROMAN, INDIVIDUALLY, TRADING AND DOING BUSINESS AS LAW OFFICES OF JOSEPH L. RIDER, AND AS TRUSTEE AD LITEM FOR LAW OFFICES OF JOSEPH L. RIDER; LAW OFFICES OF JOSEPH L. RIDER; RANGE RESOURCES APPALACHIA, LLC; AND RANGE RESOURCES CORPORATION,

        Respondents

: No. 787 MAL 2016
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:

## ORDER

**PER CURIAM**

      **AND NOW**, this 25th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.